Jerry Losee & JoCarol Losee, Pro se
9253 Frandsen Rd.
Lava Hot Springs, Idaho 83246
Ph: (208) 251-6968
Email: jj68mobile@gmail.com



## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| JERRY LOSEE AND JOCAROL LOSEE, | Case No.: 19-40540-JMM |
| Debtors, | Chapter 13 |

### MOTION TO RECONSIDER

    Jerry and JoCarol Losee, hereby moves that this court reconsiders their motion for Relief from the automatic stay.

    1.    Ocwen Loan Servicing (also herein as Ocwen), did not have the right to file for a Motion for the Relief from the Automatic Stay because they gave up their rights to service the loan on June 1st, 2019 when they transferred their rights to PHH Mortgage Services, [see attached Exhibit A, *"Notice of Servicing Transfer"*]. Thereafter, Ocwen filed their motion on June 7th, 2019. This action clearly shows that Ocwen Loan Servicing did not have the right or authority to tamper with this account or administer this account on behalf of any of the secured interesting parties to this account.

    2.    The Losees did not respond to the motion because they were out of reach for an extended period.

    WHEREFORE, the Losees pray that they be granted with a motion to reconsider.

DATED THIS 31st day of July 2019.

_____
Jerry L. Losee

_____
JoCarol Losee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31th day of July 2019, I served a true and correct copy of the foregoing **MOTION TO RECONSIDER** by causing a copy to be delivered by U.S. Mail, postage prepaid to:

Hawley Troxel Ennis & Hawley LLP
887 Main St, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617

_____
Jerry L. Losee

_____
JoCarol Losee

Motion to Reconsider-2